No. 588. ZIMMERMAN *v.* BOARD OF EDUCATION OF NEW-ARK ET AL. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition. *Daniel H. Pollitt* and *Nicholas J. LaRocca* for petitioner. *Jacob Fox* for respondents.

No. 141, Misc. ODOM *v.* HEARD, ACTING CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Will Wilson*, Attorney General of Texas, and *Sam R. Wilson, Linward Shivers* and *Allo B. Crow, Jr.*, Assistant Attorneys General, for respondent.

No. 366, Misc. COREY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 456, Misc. PICCOTT *v.* SINCLAIR, WARDEN. Supreme Court of Florida. Certiorari denied. Petitioner *pro se*. *Richard W. Ervin*, Attorney General of Florida, and *George R. Georgieff*, Assistant Attorney General, for respondent.

No. 589, Misc. BUSH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 604, Misc. GRIEWSKI *v.* WISCONSIN. Supreme Court of Wisconsin. Certiorari denied.